IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02626-MSK-BNB

PATRICK ROMERO,

        Plaintiff,

v.

SAFEWAY, INC.,

        Defendant.

## ORDER RESETTING HEARING

Upon agreement of the parties,

**IT IS ORDERED** that the final pre-trial conference set to commence on February 20, 2007 is **VACATED** and **RESET to April 9, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 31st day of January, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge