# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:     April 9, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-02626-MSK-BNB

*Parties*:                                  *Counsel Appearing:*

PATRICK ROMERO,                             Karen Larson

       Plaintiff,

v.

SAFEWAY, INC.,                              Jimmy Goh

       Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference

**4:01 p.m.    Court in session.**

Karen Larson, counsel for the plaintiff and the plaintiff are present.

Jimmy Goh, counsel for the defendant and Jay Marshall of Safeway are present.

Trial is set for May 14, 2007, 5 days.  The Court advises counsel that the trial is in a third position behind a criminal trial and another civil trial and is not likely to proceed as scheduled.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

    Safeway's Motion for Summary Judgment **(Doc. #29)** is **GRANTED** in part as to plaintiff's national origin, hostile work environment and retaliation claims and **DENIED** in part as to the breach of contract claim.

Counsel are asked to reassess the amount of time necessary for trial and file a revised final proposed pretrial order and witness and exhibit lists based on the Court' ruling.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**:    Revised final pretrial order to be submitted by **April 16, 2007**.

**ORDER:**    Revised witness and exhibit lists to be submitted by **April 16, 2007.**

**ORDER:**    The parties are instructed to contact the magistrate judge tomorrow to obtain a date for a settlement conference between now and the date of trial.

**ORDER**:    Jury Instructions and voir dire shall be filed by **May 7, 2007.**

**5:12 p.m.**    **Court in recess.**

**Total Time:    1 hours 11 minutes.**
**Hearing concluded.**