IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02626-MSK-BNB

PATRICK ROMERO,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 21, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 27, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge