IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02626-MSK-BNB

PATRICK ROMERO,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendant.
_____

**OPINION AND ORDER VACATING, IN PART, APRIL 27, 2007
ORDER OF MAGISTRATE JUDGE**
_____

      **THIS MATTER** comes before the Court pursuant to the April 27, 2007 Order **(# 49)** of United States Magistrate Judge Boyd N. Boland.

      Trial in this matter is currently set for May 14, 2007. On April 27, 2007, with the assistance of Magistrate Judge Boland, the parties reached a settlement of all claims in this case. Notwithstanding the pending trial date, Magistrate Judge Boland directed that the parties submit papers to effectuate dismissal of this case by May 21, 2007, <u>after</u> the scheduled trial date.

      This Court's Practice Standards expressly state that "If a settlement is reached . . . [n]o deadline, hearing, or trial is vacated . . . except upon the filing of pleadings sufficient to resolve the matter and issuance of an order." MSK Practice Standards (Civil), § III.F.2. To the extent that the Magistrate Judge's Order setting of a deadline for dismissal papers after the trial date was intended by the Magistrate Judge and/or the parties to operate as an "order" under Practice Standard III.F.2, vacating the scheduled trial date, that Order **(# 49)** is **VACATED IN PART**, as

the Magistrate Judge lacks authority to modify the trial date set by this Court. Assuming the parties seek and obtain a continuance of the trial date pending completion of the settlement, *but see* MSK Practice Standards (Civil), § III.F.1 ("trials . . . will not be continued or vacated . . . in anticipation of the filing of settlement documents"), the May 21, 2007 deadline set by the Magistrate Judge for filing of dismissal papers shall remain in effect. However, absent an order from this Court granting such a continuance, the Court anticipates that the parties will appear as scheduled for trial on May 14, 2007 and be prepared at that time to either stipulate or move for dismissal of the case pursuant to their settlement, or to commence trial of the case on the merits.

Dated this 30th day of April, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge